In the Matter of the Claim of JOHN FEDUS, Appellant, v. ASSOCIATED WRECKERS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

638

Gibson, J. P., Herlihy, Reynolds and Taylor, JJ., concur.